# Court of Appeals
# of the State of Georgia

ATLANTA, _December 21, 2012_

*The Court of Appeals hereby passes the following order:*

**A13D0044.  KIMBLE GLASPER v. THE STATE.**

Kimble Glasper filed an application for discretionary appeal from the revocation of his probation.  We dismissed the application because Glasper failed to include a copy of the revocation order.  Glasper seeks reconsideration, attaching a copy of the order and explaining that his failure to include it was an oversight.

Glasper's motion for reconsideration is hereby GRANTED.  Our previous order dismissing this application is VACATED and the application is REINSTATED.  Upon review of the merits, however, the application is hereby DENIED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, _12/21/2012_
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

, *Clerk.*